Name: Alesia Nesie Fuller, MPA

Address: 3074 Kalei Court

Perris CA 92571

Phone: (951) 367-9173

Fax: (888)651-4603

In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Alesia Nesie Fuller, MPA

ED CV17-02074 JGB SPX

CASE NUMBER:

Plaintiff

To be supplied by the Clerk of
The United States District Court

v.

Val Verde Unified School District

COMPLAINT

Defendant(s).

Under Title VII, EEOC made Clear that disqualifying applicants based in criminal records could lead to two types of discrimination claims: One is the "disparate treatment claim", and number two is the "disparate impacts" claim. Based on EEOC instructions employers to consider: the nature of the criminal offense; how much time has passed since the offense; and lastly, the nature of the job, employer should not be excluded based on the offense. EEOC then states, the applicant must provide facts of what criminally happened, previous work history (worked in education over 20 years), in an effort to demonstrate that the record shouldn't disqualify applicant from continuing employment as a Substitute teacher. The court certified record and transcripts were submitted to Mr. Cabrel as requested. Subsequently, I contacted the Equal Employment Opportunity Commission (EEOC) for assistance. EEOC subsequently provided a "Right to Sue" letter dated February 6 which I received on February 11 and file the initial complaint on 5/11/2017.

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

I was discriminated against by Val Verde Unified School District under Title VII of the Civil Rights. The Human Resource director, Mr Carbal contacted me after I inquired about the position of Substitute teacher and my February 2016. Nancy, his assistance said clearance had not occurred yet, which was not true. Cabral stated at this time the district will not be offering me employment. At this time I am working for the district as a student teacher for free. He said he could send me a letter or I can meet with him. I choice the latter. Upon arriving he made sure I understood he could not send me a letter because I was not employed with the district. Apparently someone had informed Mr. Cabral prior to my arrival that letters to non employees are not policy. However, I was an employee. As a African American, Woman Exhibit 3, pgs 30-31. When I contacted EEOC, Mr Cabral the Human Resource director, for Val Verde Unified School district changed his story from "I am not offering you a position because of the convictions" to "You were missing a conviction on your job application. Under proposition 47, and the Expungement I do not have to disclose the conviction but mark the question "yes" as I do always. Once I am fingerprinted the Department of Justice will forward all needed information to the appropriate district. I have always disclosed the convictions on the edjoin.org system. Verde Unified School district is not the only district that denied me employment. They are the only district that said due to the 20 plus dismissed convictions we will not be offering you employment. However, they allowed me to work a a student teacher for free. I was only good enough to work for free. In the absence of the regular teacher I became the teacher without pay on numerous occasions for the teacher to attend trainings, IEP's, and parent conferences, etc. I went through the Substitute teacher process; attended the orientation, took photo for badge, and was provided with an email address that is still up and running. I became an employee that has not been compensated.

FACTS:

1. I was Fired once HR Director, learned of my 24 year old dismissed conviction

2. I filed the initial Complaint within the 90 days allotted

3. As a student teacher I was to get paid when the regular teacher was out, payment never received

4. Called Hr Director per his instruction after my court appearance on May 26, 2016, sent him a email detailing of our conversation, and mailed him the court certificated copy of conviction

changes, and court transcript still no response

5. Have not received any compensation for Student teaching as a Substitute teacher when the regular teacher was absence; in trainings and/or in a IEP.   Memorandum of Points and Authorities; First, the complaint was filed timely and second here is the short and plain statement showing the right to relief under Federal Rule of Civil Procedure, Rule 8.   I am entitled to compensation for my employment with ValVerde Unified School district as a Substitute student teacher, additionally for the humiliation, and the discrimination.   I did as Mr. Cabrel instructed, go to court and return if there were any changes to my convictions as they were.   However he ignored the email, the letter, and the telephone calls.   The absence of a response means GUILT.

In the last 20 years I have never failed to disclose the convictions.   Per Exhibit 5, page 65, Edjoin representative states the districts have control of the information once my application is submitted via Edjoin.org.   This same exhibit shows the entire VVUSD application that was submitted.   In defendants Summary of Allegations its states unclear about my CSUSB, Student Teacher position, at May Ranch elementary school in VVUSD.   The evaluation of my Student teaching is provided Exhibit 4, Pages 35-38.   In regards to my Substitute teacher position; my VVUSD photo, emails with employee number 136624 has been provided as well in Exhibit 2, pages 43 and others emails corresponding with VVUSD personnel staff.   I only considered this district because my grandchildren attended and I lived in the area.

Plantiff, Alesia Nesie Fuller received a "Right to Sue" letter from Equal Employment Opportunity Commission (EEOC) on February 11, 2017 which was dated February 6, 2017

I was cleared through Department of Justice (DOJ), by March 2017.   However, VVUSD continued to say their district had not received clearance.   They declined to follow protocal as other districts.   Based on EEOC this is unacceptable practice based on Title VII.   Mr. Cabral, HR director "said due conviction(s) we can not offer employment after I had already been hired.   Upon complaint he changed and said I was missing a conviction on my employment application, not true.

Respectfully Submitted,

Alesia Fuller, MPA

10/10/2017

# Table of Content

| | pages |
|---|---|
| Complaint | 1-3 |
| **Exhibit 1  My:** .......................................... | **4** |
| Resume . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5-7 |
| Teaching Credentials . . . . . . . . . . . . . . . . . . . . . . | 8-11 |
| Degrees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12-13 |
| Letter of Recommendation . . . . . . . . . . . . . . . . . . . | 14 |
| **Exhibit 2  Information to HR Director, Juan Cabral** . . . . . . . | **15** |
| Letter to him (no response) . . . . . . . . . . . . . . . . . . . | 16 |
| Email to him (no response) . . . . . . . . . . . . . . . . . . . . | 17 |
| Court Certified (May 26th per Juan Cabral) . . . . . . . . . . | 18 |
| Court Transcript (May 26th) **Change made** . . . . . . . . . . . | 19-27 |
| **Exhibit 3    Equal Employment Occupation Commission** . . . . | **28** |
| EEOC document . . .(Right to Sue) . . . . . . . . . . . . . . . . | 29 |
| Title VII . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30-31 |
| **Exhibit 4    (CSUSB, San Bernardino)** . . . . . . . . . . . . . . . | **32** |
| Student Teaching policy, page 3 & 5 . . . . . . . . . . . . . | 33-34 |
| Student Teaching evaluation (May Ranch-VVUSD) . . . . . . | 35-38 |
| **Exhibit 5  Val Verde Unified District** information . . . . . . . . . . . . | **39** |
| In Policy, Exclusion from Unit, page 4, 2.2 . . . . . . . . . . . | 40 |
| In Policy, Substitute Teacher, page 27, 7.3 . . . . . . . . . . . . | 41-42 |
| Email: Afuller@vvusd.edu . .(Alesia Fuller). . . . . . . . . . . | 43 |
| Email: Staff assigning substitute teacher/interviews. . . . . . . . | 44-50 |
| VVUSD Substitute Teacher Job Description . . . . . . . . . . | 51-52 |
| Application, in its entirety . . . . . . . . . . . . . . . . . . . . | 53-58 |
| Fingerprint Clearance emails from other districts . . . . . . . . | 59-64 |
| Application list of convictions per districts . . . . . . . . . . . | 65 |
| Edjoin letter stating districts control application information . . . . . . | 66 |
| **Exhibit 6 . . (Dismissed Convictions, Expunged)** . . . . . . . . . . | **67-68** |
| Minute Order CR45457 (Always list on job Applications) . . . . . . . | 69-70 |
| Minute Order CR45417 (Always list on job Applications) . . . . . . . | 71-72 |
| MISC Case Information (Never listed on Application) . . . . . . . | 73-77 |

# EXHIBIT 1

- Resume
- Teaching Credentials
- Degrees
- Letter of Recommendation

4

# Alesia Aaron-Fuller

3074 Kalei Court~Perris, CA  92571
Message Phone (951) 367-9173
DrAlesiapending@yahoo.com

## EDUCATION

| | | |
|---|---|---|
| Brandman University<br>Major: Education Psychology<br>Minor:  Pupil Personnel Services | Doctorate Degree | pending |
| CA State University, San Bernardino<br>Major: Special Education<br>Minor: Leadership | Masters Degree | 06/2017 |
| CA State University, San Bernardino<br>Major: Public Administration<br>Minor: Special Education | Masters Degree | 12/2002 |
| CA State University, San Bernardino<br>Major: Psychology<br>Minor: Education | Bachelors Degree | 12/2000 |

## POLITICS

| | |
|---|---|
| Perris City Council, Committee Economic Development | 2016 |
| Riverside City Council, Committee Library | 2014 |

## COUNTY OF RIVERSIDE, VOTER REGISTRAR

| | |
|---|---|
| Range Inspector Menifee Area | 06/16-current |
| Inspector Moreno Valley Area | 02/02-02/15 |
| Precinct Officer Riverside Area | 11/92-11/01 |

## LEADERSHIP

| | |
|---|---|
| City of Perris Academy | 2016 |
| Grier Leadership Academy | 2012 |
| CA State University, San Bernardino | 2002 |

## COMMUNITY CERTIFICATIONS

| | | |
|---|---|---|
| Mediator | Riverside Community Action Program | 08/2011 |
| Supervise Visitation Monitor | Riverside Community College | 03/2011 |
| Anger Management | Anderson & Anderson | 03/2005 |
| PRICE Parenting | | 02/2003 |

5

**Alesia Fuller, MPA**
**Page 2**

## CREDENTIALS

| | | |
|---|---|---|
| Education Specialist Teaching Credential | CSUSB | 06/2017 |
| 30-Day Substitute | CTC | 03/2017 |
| Certificate of Clearance | CTC | 04/2014 |
| Child Development Program Director Permit | CTC | 07/2011 |

## EXPERIENCE

| | |
|---|---|
| San Bernardino City School District | 05/16-current |
| Riverside Unified School District | 02/16-current |
| Moreno Valley Unified School District | 02/01-09/16 |
| Nuview Unified School District | 02/16-06/16 |

**Substitute Teacher**
- Provide instruction that includes lecture classes in accordance with established program approved curriculum and course outlines
- Inform students about course requirements, evaluation procedures, attendance and participation requirements in a course syllabus
- Provide instruction and academics to Special education students while working with regular teacher
- Inform students about course requirements, evaluation procedures, attendance and participation

MaDear Inc                                                                 12/12-02/16

**Program Director**
- Provided social services, tutoring, transitional and individualized services upon request
- Taught, developed, implemented, and evaluated education programs addressing needs of diverse groups
- Presented complex materials to specific audiences
- Planned, organized, and coordinated behavioral programs
- Evaluated program effectiveness and compliance with regulations
- Supervised, selected, assigned, reviewed, and evaluated administrative and support staff
- Monitored program goals and productively statistics for state and local government compliance
- Provided encouragement, motivation, success tools, resources, etc

Mt. San Jacinto Community College                                          08/07-12/12

**Political Science Adjunct**
- Provided instruction that includes lecture classes in accordance with established program approved curriculum and course outlines
- Informed students about course requirements, evaluation procedures, attendance and participation requirements in a course syllabus
- Effectively taught and communicated with students of diverse backgrounds
- Participated in professional development, student and other educational activities in accordance with educational policies

**Alesia Fuller, MPA**
Page 3

- Taught non traditional students in non traditional ways and utilizing various teaching styles to attain students success
- Maintained professional and ethical academic standards and participate actively in staff development
- Taught non traditional students in non traditional ways and utilizing various teaching styles to attain students success

Riverside Community College                                    08/12-12/12
**Human Services Instructor**
- Advised students on academic and career matters
- Assisted in outreach and articulation and maintain adequate meeting hours
- Maintained necessary attendance, scholastic and student records, and submit them according to published guidelines
- Prepared and graded class assignments and evaluations according to course syllabus
- Provided leadership and direction to students of diverse backgrounds
- Created, updated, developed, maintained and evaluated curriculum to update program
- Interacted with faculty and staff in other areas of instruction and participate in the development of instructional methods, technology, and materials

Citrus Canyon
**Special Education Teacher**                                  07/03-07/05
- Promoted a positive attitude and actively lead the school system in a focused effort to develop and implement an inclusive education program
- Assisted the schools in problem solving, and ensure that support and resources are available to the schools to implement inclusion
- Provided in-service training that addresses the identified needs of students, staff and teachers
- Served as a liaison among building principals, teachers, and staff representatives
- Supervised teachers, coordinating that supervision with processes building principals have in place
- Submitted reports, grants, requisitions, and planned budgets
- Assisted teachers understand district policies and procedures
- Conducted Individual Education Plan (IEP) meetings, took notes and gave input as needed

Therapeutic Education Center
**SED Teacher**                                               07/02-07/03
- Provided adequate supervision for all children
- Developed daily instructional plans, including Individual Education Plans (IEPs)
- Interacted with parents, district and county personnel and public agencies
- Assisted in the coordination of students general education program
- Maintained accurate student reports and current records
- Provided individualized instruction to students



# College of Education

*awards this certificate to*

## Alesia Nesie Fuller

*in recognition of earning a Education Specialist Teaching*
*Credential*

_____
Dr Jay Fiene, Dean

_____
*June 9, 2017*
*Date*

*"Reclaiming Excellence in Educator Preparation"*

Case 5:17-cv-02074-JFW-SP    Document 1    Filed 10/10/17    Page 10 of 84    Page ID #:103

STATE OF CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY                    EDMUND G. BROWN JR., *Governor*

**DEPARTMENT OF SOCIAL SERVICES**
Trustline Registry Program
744 P Street, MS 9-15-57, Sacramento, CA 95814



May 30, 2017

ID # 0870598
Analyst # 30

ALESIA N FULLER
3074 KALEI CT.
PERRIS, CA 92571

## TRUSTLINE REGISTRY NOTICE
### TrustLine Registry Approval

Congratulations!  On May 30, 2017, your name and identification number, C2402627, were placed on the TrustLine Registry.

Your request for a criminal record exemption has been approved.  Your exemption and TrustLine registration will remain valid provided:

1. You do not engage in conduct that is inconsistent with the rules, regulations and laws of the TrustLine Registry.

2. You do not fail to disclose a conviction even if it occurred before the exemption was granted.

3. You are not convicted of a subsequent crime.

4. You notify the Department every time you move so that we always have your current address.  Please send address changes to the address above.

If you do not comply with the above conditions, your TrustLine registration will be forfeited, your name removed from the registry and, if you are a subsidized child care provider, your payments will stop.

When interviewing for license-exempt child care employment, provide your potential employer with your full name, a photo ID and the identification number specified above.  This allows parents, employment agencies and child care referral agencies to contact the California Child Care Resource and Referral Network to verify that you are listed as a cleared provider on the TrustLine Registry.  Their toll-free telephone number (1-800-822-8490) is available Monday - Friday between 9:00 a.m. and 5:00 p.m.

Your participation in the TrustLine Registry is appreciated.  If you have any questions regarding your TrustLine registration, please contact the California Child Care Resource and Referral Network at the number listed above.

TLR-15 (Revision 3) Exemption Granted

9



COMMISSION ON
TEACHER CREDENTIALING
Ensuring Educator Excellence

*By virtue of the authority vested in the Commission on Teacher Credentialing
in recognition of preparation to serve in California public schools*

## ALESIA FULLER

*is hereby awarded a*

## Emergency 30-Day Substitute Teaching Permit: Renewal

*AUTHORIZED SUBJECT(S):*

*SUBJECT MATTER AUTHORIZATION(S):*

*SUPPLEMENTARY AUTHORIZATION(S):*

Valid from 03/01/2017 to 03/01/2018

This is not an official document. The official record of credentials, permits, and certificates is the Commission's website at www.ctc.ca.gov



**COMMISSION ON**
**TEACHER CREDENTIALING**

*Ensuring Educator Excellence*

*By virtue of the authority vested in the Commission on Teacher Credentialing*
*in recognition of preparation to serve in California public schools*



## ALESIA FULLER

*is hereby awarded a*

### Child Development Program Director Permit: New Credential Type

*AUTHORIZED SUBJECT(S):*

*SUBJECT MATTER AUTHORIZATION(S):*

*SUPPLEMENTARY AUTHORIZATION(S):*

Valid from 04/14/2014 to 05/01/2019

This is not an official document. The official record of credentials, permits, and certificates is the Commission's website at *www.ctc.ca.gov*

Case 5:17-cv-02074-JFW-SP    Document 1    Filed 10/10/17    Page 13 of 84    Page ID #:106

# California State University, San Bernardino

The Trustees of The California State University

upon recommendation of the faculty

have conferred upon

## ALESIA NESIE FULLER

the degree of

## BACHELOR OF ARTS

PSYCHOLOGY

with all rights and privileges pertaining thereto.

Given at San Bernardino on the ninth day of December, two thousand.





Chair
Board of Trustees

Governor of California
President of the Board of Trustees



Chancellor
The California State University

President
California State University, San Bernardino



Case 5:17-cv-02074-JFW-SP   Document 1   Filed 10/10/17   Page 14 of 84   Page ID #:107

# California State University, San Bernardino

The Trustees of The California State University

upon recommendation of the faculty

have conferred upon

## ALESIA NESIE FULLER

the degree of

## MASTER OF PUBLIC ADMINISTRATION

with all rights and privileges pertaining thereto.

Given at San Bernardino on the seventh day of December, two thousand and two.



Delia S. Farar
Chair
Board of Trustees

Gray Davis
Governor of California
President of the Board of Trustees

Charles B. Reed
Chancellor
The California State University

Albert K. Karnig
President
California State University, San Bernardino






**Board of Education**
Cleveland Johnson, President
Gary E. Baugh, Ed.S., Vice President
Susan Smith, Clerk
Jesús M. Holguin
Evan Morgan

**Superintendent of Schools**
Martinrex Kedziora, Ed.D.

# Moreno Valley Unified School District

*25634 Alessandro Boulevard*
*Moreno Valley, California  92553*
*951-571-7500*
*www.mvusd.net*

*The mission of Moreno Valley Unified School District is to ensure all students graduate high school prepared to successfully enter into higher education and/or pursue a viable career path.*

February 10, 2017

TO WHOM IT MAY CONCERN:

It is my pleasure to write this letter of recommendation for Ms. Alesia Fuller. I have worked with Ms. Fuller over the last few years. Alesia is a talented team member who brings a wide range of skills and expertise. She has made many contributions to the students in the Moreno Valley Unified School District in her role as one of the Moreno Valley Unified School District substitute teachers. In her capacity as substitute teacher, Ms. Fuller primarily provided instruction that included lecture classes in accordance with established program approved curriculum and course outlines. She informed students about course requirements, evaluation procedures, attendance and participation requirements in a course syllabus.

Alesia has contributed greatly to our community. I know that she values and recognizes the hallmark of being a teacher and she will use those team building skills in her classroom.

Ms. Fuller is currently working on getting her Doctorate degree in Organizational Leadership through Brandman University. Alesia's goal is to work as a single-subject teacher. I am happy to recommend her for this position. She is ready for the position as a teacher. She is able to see the big picture and understands the importance of being a good teacher. She is committed and willing to spend the time and energy to build rapport with parents, community and staff in order to serve her students effectively.

Alesia Fuller has earned my recommendation and she is immensely qualified to receive her credential and secure a teaching position as soon as possible. If you have any questions or need additional information, please contact me at 951-768-8686.

Sincerely,

Martinrex Kedziora, Ed.D.,
Superintendent of Schools

Pd

/5

# EXHIBIT 2

Human Resource Director, Mr Cabral
- Letter
- Email
- Court Certified Document
- Court Transcript

May 27, 2016

VALVERDE UNIFIED SCHOOL DISTRICT
ATTENTION JUAN CABRAL
975 N MORGAN STREET
PERRIS CA  92571

Re:  Change to my criminal background investigation

Dear Mr. Cabral,

I contacted your office to check on the statue of my Substitute Teaching Employment Position status. I was informed My Nancy that my finger prints had cleared on February 1, 2016, and that my file was in the final stages of completion pending reference verifications. She advised me that she would be completing the process soon and she would contact me via the telephone later that day after she followed up with my references. Nancy did not return my the call that day, nor did she call me for several days after.

I was contacted to attend the new hire orientation.  I attended the new hire orientation for new hired employees and completed all the necessary documentation to start my new Substitute position with Valverde Unified School Distinct.

When you and I spoke, at which time we agreed to meet to discuss the disposition of my Substitute teacher position. During the meeting you inquired about the two criminal cases (1992 and 1991) that were dismissed; both cases occurred are over 24 year. You advised that if there was a change in the status of my criminal cases to contact you with the information for further consideration. On May 27, 2016, there were changes.

On more that two occasions, I contacted your office and left messages to provide the new change in regards to the dismissed criminal cases, however, at this writing, I have not received a return call from you.

I have been a resident of Valverde District for the past ten years.  My children attended school in this school district and my grandchildren are presently enrolled. I looked forward to meeting with you to provide the new information you requested as it pertains to my status of dismissed cases.

Sincerely,

Alicia Fuller, M.P.A

*Email to Director of HR, Mr Cabrel*

June 9, 2016

VALVERDE UNIFIED SCHOOL DISTRICT
ATTENTION: Juan Cabral
975 N Morgan Street
PERRIS CA 92571

Re:  The problem is: You said call if there were changes in court, avoiding me

Dear Mr. Cabral:

I called for a few days to check on the status of my Substitute teaching position since other districts hired me.  Nancy said my fingerprints were not back.  I said my fingerprints were back since February 1, 2016.  She said oh your references, and something else had not been completed.  She said she would call me back later that day, she did not.  I called the following morning she was going to call me later once again, it never happened.

You (Mr. Cabral) called and left me a few messages.  I returned the call and you asked would I prefer you send me a letter or us meet.  I preferred the latter.  When we met the week of May 23, 2016 it was stated per my convictions (I marked "yes" in the appropriate box and it was 2) of them as you stated the district declined to offer me a Substitute Teacher position despite me attending "New Hire orientation because that did not make me an employee".  Despite other districts hiring me you said you just could not.  Apparently someone educated you on HR employment policy.  Because once I arrived you said I couldn't be provide with a letter at no time since I was not employed with district.  I wasn't sure if you were convincing yourself or sharing that with me.  I totally understood if that's policy.  However, I said I was to appear in court on May 27, 2016 in regards to the convictions.  You said with Nancy as a present as a witness that if anything changed in the court proceeding to give you a call.

I called a few times and left messages.  After leaving court in the car I contacted your office while driving in the car.  I made a second attempt to speak with you on June 9, 2016.  Later that day I came into the district office to ask questions in regard to student registration.  The receptionist called on Nancy because she did not know the information.  Nancy came out and provided me with the registration information.  I asked her why you (Mr. Cabral) had not returned my calls in regards to our previous meeting.  She said I said I thought he may have been on vacation and/or avoiding me.  She said no, no he's busy with staff and districts.  A few seconds Mr. Cabral walked out and called the person there for a custodian interview.

Case 1: 1992, 24 years old    CR45457    DISMISSED
Case 2: 1991, 25 years old    CR45417    DISMISSED

Note:  In 24-25 years I have never been discriminated against until 2016 with Val Verde School district. I am looking forward to a meeting to discuss this matter

Sincerely, Alesia Fuller, MPA

17

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4100 Main Street
Riverside, CA  92501

People of the State of California
Vs.                                    CASE NO.   CR45617
ALESIA FAWN NEAL

MINUTE ORDER

===============================================================
Hearing re: Petition to Seal and Destroy Arrest Record (PC 851.8)
Date: 05/27/16       Time:   8:30 am    Dept/Div: 41
===============================================================
Charges:  1) 11350 HS-M D, 2) 148.5 PC-M D


VIOLATION DATE:  11/08/91
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Honorable Judge Becky Dugan Presiding.
Courtroom Assistant: S. Robinson
Court Reporter: C. DiCaro
People represented by Deputy District Attorney: Natalie Lough.
Defendant represented by: In Pro Per.
Defendant Present.
Petition to Seal and Destroy Arrest Record denied.
Petition for resentencing pursuant to PC 1170.18 is granted.
Count(s) 001 is now deemed a misdemeanor pursuant to PC 1170.18.
Court amends count 001 to a violation of M11350 HS, [PC 1170.18]
Amended JUS8715 required - Clerk's Office notified[PC 1170.18]
- - Custody Status/Information - -
Defendant released.
MINUTE ORDER OF COURT PROCEEDING

Dispo

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office.

Superior Court of California
County of Riverside

By _____
DEPUTY

Dated: 5-27-16

Certification must be in red to be a
"CERTIFIED COPY"

18

SUPERIOR COURT - STATE OF CALIFORNIA

COUNTY OF RIVERSIDE

PEOPLE OF THE STATE OF CALIFORNIA,  )
                                    )
                    Plaintiff,      )
                                    )
        vs.                         )   Case No.  CR45457
                                    )
ALESIA FULLER,                      )
                                    )
                    Defendant.      )
                                    )

REPORTER'S TRANSCRIPT OF ORAL PROCEEDINGS

Before the Honorable Becky L. Dugan, Judge

May 27, 2016

APPEARANCES:

For the Plaintiff:          OFFICE OF THE DISTRICT ATTORNEY
                            BY:  NATALIE LOUGH
                            3960 Orange Street
                            Riverside, California 92501


For the Defendant:          IN PROPRIA PERSONA


Reported By:                CHRISTINE M. DICARO, CSR NO. 6641

RIVERSIDE, CALIFORNIA; MAY 27, 2016

BEFORE THE HONORABLE BECKY L. DUGAN

THE COURT: On Alesia Fuller.

MS. LOUGH: Good morning, Your Honor. Natalie Lough for the People. Miss Fuller is present.

And I did speak with Miss Fuller outside in the hallway. We spoke about my opposition, and I briefly explained to her why she wasn't eligible. But she did provide additional information about her personal life, and I told her that she would have to talk to you to address the Court, if the Court would like.

THE COURT: Well, I think she would be eligible for a certificate of rehabilitation and pardon, correct?

MS. LOUGH: Potentially, but because of her convictions of her misdemeanors --

THE COURT: Yes.

MS. LOUGH: -- they don't apply. It's the felony.

THE COURT: It's only for felonies?

MS. LOUGH: Yes.

THE COURT: But she has 1203.4s for those?

MS. LOUGH: Yes.

THE COURT: So here is the problem, Miss Fuller: It's not that anybody doesn't want to give you relief or that the district attorney is being mean to you, they're not. This particular request you filed can only be granted if you're "factually innocent."

When you get -- you got diversion on two of them, I believe, so that diversion you'd be entitled to have your record

sealed.  And it looked like the DOJ already has that information and those records were sealed.  So I don't see an issue with those.

And then you had the one case and your misdemeanors, obviously, that you can't get the relief you're seeking on this kind of case.  That's the problem.  And you've got your 1203.4s.

MS. FULLER:  It's not working.

THE COURT:  Why?  Why is it not working?  What's holding you up?  What's the problem?

MS. FULLER:  Since I've had this case, I mean, I've worked.  I taught political science at the college.  I've taught.  This is the first year I was denied employment because of that.

THE COURT:  Why?

You don't know why?

MS. FULLER:  Because of the case.

THE COURT:  Well, you got -- you got 1203.4.

MS. FULLER:  I know what I have.  I know they have been dismissed.

THE COURT:  And there is specific law that says they can't deny you employment because of that relief, it's a dismissal.

MS. FULLER:  I'll tell you what.  Two school districts just did.  And I told one of them, I go to court on the 27th.  He said, if something changed.  I've been living and working with those 1203.4s until this year, until recently.

THE COURT:  Right.

MS. FULLER:  I mean, I think it's last month Val Verde

said we cannot due to that conviction.

THE COURT: And they're talking about the misdemeanor case? Is that what they're talking about?

MS. FULLER: They're talking about the case.

MS. LOUGH: Well, and I would notice that I was speaking to our Prop 47 deputy, Nicole Marian, and she did mention that we would be able to reduce the felony to a misdemeanor, and I'd be happy to stipulate to that, if the Court would be agreeable.

THE COURT: Would that help you?

MS. FULLER: They said the convictions, despite them being dismissed.

THE COURT: Right.

MS. FULLER: These two districts do not care. Other districts hired me no problem. The college hired me no problem, but these two districts had a problem with it and that's why I --

THE COURT: What's the CR number for the 11351 that we could make it a misdemeanor now?

MS. LOUGH: I believe --

THE COURT: I just want to make sure we put it on the right case.

MS. LOUGH: Yes, Your Honor.

THE COURT: Yeah, she has two CRs.

MS. FULLER: I think it's the 57, with the seven at the end. Oh, 57, not 17.

THE COURT: You want 45457, is that the one?

MS. FULLER: That's it.

Christine M. DiCaro, CSR

3

THE CLERK:  When I looked up in the window, 617 as a misdemeanor.

THE COURT:  11357 misdemeanor, so that's --

MS. LOUGH:  11350 was the charge.

I did see, Your Honor --

THE CLERK:  It was a felony under 617.

THE COURT:  Okay.  So under CR45617 you see an 11350?

THE CLERK:  Yes.

THE COURT:  So you want to stipulate that that is deemed a misdemeanor pursuant to 1170.1?

MS. LOUGH:  Yes, Your Honor.

THE COURT:  All right.  So that fixes a little bit, but we can't -- we just can't do what you're asking us to do with this method.

MS. FULLER:  What's another method I can get it done?

THE COURT:  This is the only method you can get it done and that's the 1203.4, which is a dismissal under the law.  The thing is school districts, because of kids, they do their own thing.

MS. FULLER:  Absolutely.  I totally agree, because when -- the college is what hired me and told me what to do.

THE COURT:  Right.

MS. FULLER:  Back in '90, they told me what to do when I did the 1203.

THE COURT:  Right.

MS. FULLER:  They suggested it.  These are the only two people that have ever had a problem with it.

THE COURT:  Yeah.  I wish we had a solution for you,

but we don't.  I mean, I made the one a m_sdemeanor.  You don't have anything else that meets the requirements for that.

The 11351.5, was that part dismissed on that case?

MS. LOUGH:  Yes.  I don't believe she pled to that at all.

THE COURT:  Okay.  And that one was made a misdemeanor, so you have no felonies now on your record, and you've gotten the dismissals the law allows you to get, so I don't know what else to say to you.

MS. FULLER:  Me either.  I even tried the rehabilitation.  It sat in the DA's office for over six months.

THE COURT:  Well, then that one, like you said, only applies to felonies.

MS. FULLER:  And that's sad, because, you know, some of us -- but that was a felony.

THE COURT:  Well, you got the relief under the 1203.4 instead, because that applies to the misdemeanors.  So I am sorry that you can't do what you're seeking, because the petition, you're not eligible under the code factually for the petition you're seeking.

MS. FULLER:  Not even eligible under something to purge it all together?

THE COURT:  No.

MS. FULLER:  No?

THE COURT:  You're not.

MS. FULLER:  There is always a way, that's the way I think.

THE COURT:  Well, you've taken every way you can, and I

Christine M. DiCaro, CSR

5

have reduced that one, so it's deemed a misdemeanor now.  So there is just nothing that's --

MS. FULLER:  Because what I got from the letter from the DA's office, the only thing that was holding me up was because they wanted to make sure you have a prior if this disappears.

THE COURT:  Oh, no, because your prior is gone anyway because of the time.

MS. FULLER:  Okay.

THE COURT:  Your prior is only good for five years.  If you've not been -- if you get sent back to custody in a five-year prior, your prior hangs around, and you've been out of trouble for years.

MS. FULLER:  Exactly.

THE COURT:  So they have no priors on you anyway.  They're not seeking to try to hold something over your head, they truly aren't.

MS. FULLER:  That's what it sounded like in that letter.

THE COURT:  No.  They're just saying you don't qualify under the code, and you don't, that's the problem.  Like I said, it's not vindictive or trying to be mean or anything, it's just that we have rules under each section, and you got the relief under 1203.4 that you're entitled to.  So I wish there was something else we could do.

MS. FULLER:  Me too.

THE COURT:  You've lived a law abiding, good life.  You'll keep living it and another window will open for you, I

kr ow.   Take care of yourself.

MS. FULLER:  Okay.  Thank you.

THE COURT:  Do you want your minute order to show we reduced that 11350 just in case?

MS. FULLER:  Absolutely.

THE COURT:  So hang on for a minute.  We'll give you that.

MS. FULLER:  Okay.  Thank you.

(Proceedings concluded.)

REPORTER'S CERTIFICATE


PEOPLE OF THE STATE OF CALIFORNIA,    )
                                      )
                    Plaintiff,        )
                                      )
        vs.                           )  CR45457
                                      )
ALESIA FULLER,                        )
                                      )
                    Defendant.        )
_____)


        I, CHRISTINE M. DICARO, Certified Shorthand Reporter, No. 6641, do hereby certify:

        That on May 27, 2016, in the County of Riverside, State of California, I took in stenotype a true and correct report of the testimony given and proceedings had in the above-entitled case, pages 1 through 7, and that the foregoing is a true and accurate transcription of my stenotype notes, taken as aforesaid, and is the whole thereof.


DATED:  Riverside, California, December 1, 2016.


CHRISTINE M. DICARO, CSR NO. 6641

# EXHIBIT 3

EEOC "Right to Sue" document

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | From: |
|---|---|
| Alesia Fuller<br>3074 Kalei Court<br>Perris, CA 92571 | Los Angeles District Office<br>255 East Temple Street, Fourth Floor<br>Los Angeles, CA 90012 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2016-02888 | La Tayna Valentine,<br>Investigator | (213) 894-1047 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_La Tayna Valentine_                                      2-6-17

**Rosa M. Viramontes**
**District Director**

Enclosures(s)                                                              (Date Mailed)

cc:    Todd M. Robbins, Attorney
       ATKINSON, ANDELSON, LOYA, RUUD & ROMO
       Attorneys at Law
       3450 Fourteenth Street, Ste. 420
       Riverside, CA 92501-3862

Enclosure with EEOC
Form 161 (11/09)

29

2. In 2008, Hispanics were arrested for federal drug charges at a rate three times greater than their numbers in the general population.

**3. Rates of illicit drug use: 9.1% Whites, 8.1 % Hispanics, 10.7% African- Americans.**

4. Even though the percentage of persons using illegal drugs is consistent,

African-Americans and Hispanics are more likely to be arrested, convicted, or sentenced for drug offenses.

5. Whites use marijuana at higher rates than African Americans or Hispanics, but the arrest rate of Hispanics is three times greater, and **the arrest rate of African-Americans is five times greater than the arrest rate for Whites for marijuana-related offenses.**

**IV. Potential Problems with Criminal History Records**

A. Available from multiple sources (federal, state, local) and multiple agencies.

1. Court records.

2. Law enforcement records.

3. Registries (sex offender, outstanding warrants).

4. Criminal record repositories.

5. FBI Interstate Identification Index.

B. Records may not be correct or up-to-date.

1. Final dispositions missing.

2. Sealed records may be available from other sources outside courthouse.

3. Misspellings, clerical errors, and intentionally-provided inaccurate information.

**V. EEOC Jurisdiction**

A. Enforcement of Title VII prohibition of discrimination in employment decisions based on race, color, religion, or national origin.

**B. Title VII liability for employment discrimination**

**1. Disparate Treatment**    *per my Complaint*

**2. Disparate Impact**

C. Disparate Treatment – Rejecting a Title VII-protected applicant based on criminal

31

record information, but hiring applicant of another race who has a comparable criminal record. Evidence of bias:

1. Biased statements – Derogatory to protected class or group-related stereotypes regarding criminality.

2. Inconsistencies in the hiring process – Different treatment.

3. Similarly-situated comparators – Different treatment.

4. Employment testing – Match-paired testing reveals different treatment because of protected status.

5. Statistical evidence – Review employer's applicant data, workforce data, or third-party criminal background history data.

D. Disparate Impact – Neutral policy or practice disproportionately screens out a Title VII-protected group and employer fails to prove that the policy or practice is job-related for the position in question and consistent with business necessity.

1. Determining *Prima Facie* Case of Disparate Impact – Does the policy or practice deprive a disproportionate number of Title VII-protected individuals of employment opportunities?

a. Identify Elements of the Policy or Practice:

i. Text of policy/practice, associated documentation, implementation information.

ii. Which offenses are reported.

iii. Whether convictions, arrests, charges, or criminal incidents are reported.

iv. Length of time since criminal event. *per complaint*

v. Jobs for which screening is conducted.

vi. Training/guidance documents used by employer.

b. Evidence of Disparate Impact:

i. Criminal record exclusions result in a disparate impact *per complaint* based on race and national origin.

ii. Percent of incarceration/arrest rates in geographical area.

31

# EXHIBIT 4

California State University, San Bernardino
  - Student Teaching policy
  - Evaluation for Student Teaching at ValVerde Unified School district

32

Supervision Policies & Procedures Procedures to Appeal Denial of Supervision Placement Upon denial of Supervision admission, candidates may submit a petition requesting reconsideration of the decision. Petitions are acted upon no sooner than the quarter following the denial. The procedures for appealing the decision are as follows: 1. Candidate must consult with their faculty advisor to determine what procedures for a coursework plan, course substitutions, or program requirements must be fulfilled before proceeding with student teaching. 2. Obtain petition form from the Special Education, Rehabilitation and Counseling Department in CE-243. 3. Provide evidence in the petition that the reason(s) for the denial has/have been rectified or provide compelling reasons why the decision should be reversed. 4. Attach a copy of the denial notice to the petition and submit to the Special Education, Rehabilitation and Counseling Department in CE-243. The petition must be received by the last work day of the third week of the quarter for action resulting in a decision regarding the candidate's eligibility for Supervision during the next (subsequent) quarter. Notification of the decision will be emailed to the candidate. Substitute Teaching Policy during Student Teaching The following conditions must be met before a Teacher Candidate may substitute teach during the student teaching assignment: 1. Candidate must fulfill district's substituting conditions 2. Candidate must receive approval from the University Supervisor 3. Candidate may only substitute for the Resident Teacher 4. Limit substitute teaching to two days at a time unless cleared with the Director of Supervision

Withdrawal from Supervision
A candidate who is unable to complete their student teaching assignment must withdraw following the procedures outlined below. Failure to comply with these procedures will result in a grade of "NC" or no credit. A withdrawal from Supervision is permissible only for serious and compelling reasons. These include: (a) accident or illness (physical or mental), (b) serious personal or family problems, (c) military transfer, or (d) moving away or employment transfer from the area. The procedures for withdrawing from Supervision are as follows:
1. Consult with your University Supervisor, the Fieldwork Coordinator of Special Education credential program or faculty advisor. 2. Complete the necessary forms or procedures as advised by the faculty advisor, Fieldwork Coordinator of Special Education credential program. The procedures will vary depending on which week of the quarter the candidate is requesting a withdrawal. Specific forms and documentation are required by the university for a withdrawal requested after census (see My Coyote for census dates each quarter). Requests for withdrawal after census must be submitted prior to the end of the seventh week of the quarter in order to be considered.

CSUSB

Responsibilities of Support Personnel Three individuals have major responsibilities in supporting the candidate during supervised student teaching: (1) the University Supervisor who will observe and evaluate teaching performance and assign a grade; (2) the Resident Teacher at the school site that will mentor the candidate and observe and evaluate teaching performance; (3) the Principal in whose school the candidate is placed.
The University Supervisor
The University Supervisor is a person skilled in human relations, knowledgeable about teaching methodology and supervision practices, and competent in multiple subject matter and teaching students with disabilities. As such, the University Supervisor is given the responsibility for making recommendations relative to the success of the candidates they supervise.  The University Supervisor establishes the necessary liaisons among the university, school, and classroom by (a) scheduling observations and conferences, (b) establishing and maintaining lines of communication among all parties, (c) mediating when problems occur, and (d) providing formative feedback and summative evaluation of the candidate's performance.
The University Supervisor's responsibilities include, but are not limited to the following:
• Orienting candidates to their role as a Teacher Candidate; the orientation includes discussion about the following: o Competencies expected of the Teacher Candidate o Lesson planning (detailed at first; more general later in the experience) o Professionalism o School hours and time commitments o Participation in school-related activities (e.g., parent meetings or conferences; open house; staff development; etc.) • Visiting the candidate in accordance with the program policy, conducting formal and informal observations and conferences, and preparing formative (midterm) and summative (final) evaluations based on the competency forms for each course and each Education Specialist credential authorization • Being knowledgeable of methods for instruction, policies and procedures in Special Education, state-adopted academic content standards and curriculum, curriculum and instructional adaptations for individuals with disabilities, state approved and district-adopted alternative curriculum, curriculum development, implementation, and evaluation, and principles of growth, development, and learning • Assisting the candidate in improving skills in planning, selection of materials, instruction, evaluation, organization, and management • Helping the candidate relate his or her student teaching experiences to previous academic learning and current professional pedagogy and practice • Assisting the candidate to reflect on his or her experiences

Page 5

# ESPE Program Observation Form

1. Candidate Information:

First Name

**Alesia**

Last Name

**Fuller**

MyCoyote ID#:

001762149

Campus Email:

fulla302@coyote.csusb.edu

Program:

M/M

Track

**Student Teacher**

2. Please select the date of your observation:

**04/29/2016**

3. School Site Information:

School Site:

**May Ranch**

Site Evaluator:

Aimee Garcia

4. University Supervisor Information:

First Name:

Denanne

Last Name:

Clark

Preferred Email Address: denclark@csusb.edu

5. Lesson/Content

35

Please describe the lesson plan/content used during the observation. She submitted plans for this instructional period. The objectives were clear. It was determined as Ms. Fuller moved through the lesson that she was working on teaching a variety of concepts on fractions to the group. (addition, subtraction, multiplication )

6. Comments/Competencies

Please enter your comments/feedback to the teacher candidate based on your observation. Be sure to address the competencies covered in the observation.  In this lesson, Ms. Fuller was teaching a Math class of four fourth graders. She was teaching fraction from the workbooks the students were using and what Ms. Fuller was writing on the small whiteboard that she used for demonstration. In the beginning of the lesson, the students were to figure out how to write a fraction in more that one way. In the beginning, she demonstrated fractions and decimals on the white board as the students  wrote the problems on their small white boards.  She worked with the students on how to write he fractions in more that one way. I recommend that she state the objective to the students by saying," Today we are going to learn several ways of stating the sum of 4/5. (1/5+3/5=4/5) and 3/5+1/5=4/5)." The students appeared to be learning and participating quite well.  Ms. Fuller worked with the students in their workbooks on addition, subtraction, and multiplication. At the start of the instructional period, it seemed to be an review lesson. Since the students seemed to have mastered the subject matter. The lesson was understandable from beginning to end." The most effective part of the lesson was near the end of the period when began to allow the students to come to the white board and demonstrate math problems.  The next step Ms Fuller demonstrated for the students was demonstrating "how to subtract mixed numbers". The students were also very attentive during this section. She gave them lots of practice with this concept.

My recommendations are:

1.) Continue to submit written plans for lessons taught with the standards and the objectives being covered.

2.) Develop and sequence instructional activities for the lesson.

3.) Continue to introduce to the students however cover the vocabulary needed for their comprehension of the concepts being taught



**Supervision Policies & Procedures**

Procedures to Appeal Denial of Supervision Placement
Upon denial of Supervision admission, candidates may submit a petition requesting
reconsideration of the decision. Petitions are acted upon no sooner than the quarter
following the denial. The procedures for appealing the decision are as follows:
1. Candidate must consult with their faculty advisor to determine what procedures for a
coursework plan, course substitutions, or program requirements must be fulfilled before
proceeding with student teaching.
2. Obtain petition form from the Special Education, Rehabilitation and Counseling
Department in CE-243.
3. Provide evidence in the petition that the reason(s) for the denial has/have been rectified
or provide compelling reasons why the decision should be reversed.
4. Attach a copy of the denial notice to the petition and submit to the Special Education,
Rehabilitation and Counseling Department in CE-243.

The petition must be received by the last work day of the third week of the quarter for
action resulting in a decision regarding the candidate's eligibility for Supervision during
the next (subsequent) quarter. Notification of the decision will be emailed to the
candidate.
Substitute Teaching Policy during Student Teaching
The following conditions must be met before a Teacher Candidate may substitute teach
during the student teaching assignment:
1. Candidate must fulfill district's substituting conditions
2. Candidate must receive approval from the University Supervisor
3. Candidate may only substitute for the Resident Teacher
4. Limit substitute teaching to two days at a time unless cleared with the Director of
Supervision

Withdrawal from Supervision
A candidate who is unable to complete their student teaching assignment must withdraw
following the procedures outlined below. Failure to comply with these procedures will
result in a grade of "NC" or no credit. A withdrawal from Supervision is permissible only
for serious and compelling reasons. These include: (a) accident or illness (physical or
mental), (b) serious personal or family problems, (c) military transfer, or (d) moving
away or employment transfer from the area. The procedures for withdrawing from
Supervision are as follows:
1. Consult with your University Supervisor, the Fieldwork Coordinator of Special
Education credential program or faculty advisor.
2. Complete the necessary forms or procedures as advised by the faculty advisor,
Fieldwork Coordinator of Special Education credential program. The procedures will
vary depending on which week of the quarter the candidate is requesting a withdrawal.
Specific forms and documentation are required by the university for a withdrawal
requested after census (see My Coyote for census dates each quarter). Requests for
withdrawal after census must be submitted prior to the end of the seventh week of the
quarter in order to be considered.

37

**Responsibilities of Support Personnel**

Three individuals have major responsibilities in supporting the candidate during supervised student teaching: (1) the University Supervisor who will observe and evaluate teaching performance and assign a grade; (2) the Resident Teacher at the school site that will mentor the candidate and observe and evaluate teaching performance; (3) the Principal in whose school the candidate is placed.

The University Supervisor

The University Supervisor is a person skilled in human relations, knowledgeable about teaching methodology and supervision practices, and competent in multiple subject matter and teaching students with disabilities. As such, the University Supervisor is given the responsibility for making recommendations relative to the success of the candidates they supervise. The University Supervisor establishes the necessary liaisons among the university, school, and classroom by (a) scheduling observations and conferences, (b) establishing and maintaining lines of communication among all parties, (c) mediating when problems occur, and (d) providing formative feedback and summative evaluation of the candidate's performance.

The University Supervisor's responsibilities include, but are not limited to the following:
• Orienting candidates to their role as a Teacher Candidate; the orientation includes discussion about the following: o Competencies expected of the Teacher Candidate
o Lesson planning (detailed at first; more general later in the experience)
o Professionalism
o School hours and time commitments
o Participation in school-related activities (e.g., parent meetings or conferences; open house; staff development; etc.)

• Visiting the candidate in accordance with the program policy, conducting formal and informal observations and conferences, and preparing formative (midterm) and summative (final) evaluations based on the competency forms for each course and each Education Specialist credential authorization
• Being knowledgeable of methods for instruction, policies and procedures in Special Education, state-adopted academic content standards and curriculum, curriculum and instructional adaptations for individuals with disabilities, state approved and district-adopted alternative curriculum, curriculum development, implementation, and evaluation, and principles of growth, development, and learning
• Assisting the candidate in improving skills in planning, selection of materials, instruction, evaluation, organization, and management
• Helping the candidate relate his or her student teaching experiences to previous academic learning and current professional pedagogy and practice
• Assisting the candidate to reflect on his or her experiences

# EXHIBIT 5

ValVerde Unified School district info
- Policy, Exclusion from Unit, page 4, 2.2
- Policy, Substitute Teacher, page 27, 7.36
- Email: Afuller@vvusd.edu
- Email: Staff assigning substitute teacher/interviews
- VVUSD Submitted Application, all pages
- VVUSD Substitute Teacher job description
- Application, List of convictions per districts
- Clearance emails per districts
- Edjoin letter stating districts control application information

**VALVERDE UNIFIED SCHOOL DISTRICT/BOARD OF EDUCATION**
**VALVERDE TEACHERS ASSOCIATION**

## TABLE OF CONTENTS

Page No.

Article One - Agreement . . . . . . . . . . . . . . . . . . . . 1-2
1.1 Parties to Agreement . . . . . . . . . . . . . . . . . . 1
1.2 Term of Agreement . . . . . . . . . . . . . . . . . . . 1
1.3 Interest Based Bargaining. . . . . . . . . . . . . . . . 1
Article Two - Recognition and Definition of Unit . . . . . 3-4
2.1 Members of Unit . . . . . . . . . . . . . . . . . . . . 3
**2.2 Exclusion from Unit.** . . . . . . . . . . . . . . . . . **4**

Article Three - Negotiation Procedure. . . . . . . . . . . . . 5-6
3.1 Reopener and Successor Agreement Negotiations. . . 5
3.2 Explanation of Negotiate in Good Faith . . . . . . . 5
3.3 Consultants. . . . . . . . . . . . . . . . . . . . . . . 5
3.4 Authorized Parties . . . . . . . . . . . . . . . . . . . 5
3.5 Time and Place . . . . . . . . . . . . . . . . . . . . . 5
3.6 Release Time for Representatives . . . . . . . . . . . 5
3.7 Signing of Agreement . . . . . . . . . . . . . . . . . 6
3.8 Press Release. . . . . . . . . . . . . . . . . . . . . . 6
3.9 Completion of Negotiations . . . . . . . . . . . . . . 6
Article Four - Hours of Employment and Duties. . . . . . . . 7-18
4.1 Hours - General. . . . . . . . . . . . . . . . . . . . . 7
4.2 Additional Instructional Duties. . . . . . . . . . . . 9
4.3 Lunch Periods. . . . . . . . . . . . . . . . . . . . . . 11
4.4 Preparation/Conference . . . . . . . . . . . . . . . . 11
4.5 Leaving the School . . . . . . . . . . . . . . . . . . . 12
4.6 Meetings . . . . . . . . . . . . . . . . . . . . . . . . 12
4.7 Departmentalized Preparation Units for
Secondary Classroom Teachers . . . . . . . . . . . 14
4.8 Maximum Class Assignments for
Secondary Classroom Teachers . . . . . . . . . . . 15
4.9 Specialized Health Care Procedures . . . . . . . . . 15
4.10 Special Education. . . . . . . . . . . . . . . . . . . 16
Article Five - Association Rights 19-20
5.1 Use of Facilities . . . . . . . . . . . . . . . . . . . 19
5.2 Bulletin Boards and Mailboxes . . . . . . . . . . . . 19
5.3 Right of Access of Association Representatives . . 19
5.4 School Orientation Involvement . . . . . . . . . . . 19 Article
Seven - Definitions . . . . . . . . . . . . . . . . . . . 23-28
7.1 "Act" . . . . . . . . . . . . . . . . . . . . . . . . . . 23
7.2 "Agreement" . . . . . . . . . . . . . . . . . . . . . . 23
7.3 "Assignment" . . . . . . . . . . . . . . . . . . . . . . 23
7.4 "Authorized and/or Designated Representative(s)
of the Association" . . . . . . . . . . . . . . . . . 23
7.5 "Board" . . . . . . . . . . . . . . . . . . . . . . . . . 23
7.6 "Contractual Day" . . . . . . . . . . . . . . . . . . . 23
7.7 "Day" . . . . . . . . . . . . . . . . . . . . . . . . . . 23
7.8 "District". . . . . . . . . . . . . . . . . . . . . . . . 23
7.9 "Educational Monitoring Team" . . . . . . . . . . . . 23
7.10 "Elementary Teacher" . . . . . . . . . . . . . . . . . 24
7.11 "Employee". . . . . . . . . . . . . . . . . . . . . . . 24
7.12 "Employer". . . . . . . . . . . . . . . . . . . . . . . 24
7.13 "Explanation of Negotiate in Good Faith" . . . . . 24
7.14 "Exclusive Representative and/or Association". . . 24
7.15 "Grievance" . . . . . . . . . . . . . . . . . . . . . . 24

4D

7.16 "Grievant" . . . . . . . . . . . . . . . . . . . . . . 24
7.17 "Human Resources" . . . . . . . . . . . . . . . . . . 24
7.18 "Immediate Family". . . . . . . . . . . . . . . . . . 24
7.19 "Immediate Supervisor" . . . . . . . . . . . . . . . . 25
7.20 "Immediate Supervisor as relates to grievance" . . 25
7.21 "Inclement Weather" . . . . . . . . . . . . . . . . . 25
7.22 "Instructional Coach" . . . . . . . . . . . . . . . 25
7.23 "Involuntary" . . . . . . . . . . . . . . . . . . . . 25
7.24 "Job Sharing" . . . . . . . . . . . . . . . . . . . . 25
7.25 "Paid Leave of Absence" . . . . . . . . . . . . . . . 26
7.26 "Party-In-Interest as it relates to grievance" . . 26
7.27 "PERB". . . . . . . . . . . . . . . . . . . . . . . . 26
7.28 "Daily Rate of Pay" . . . . . . . . . . . . . . . . . 26
7.29 "Reassignment" . . . . . . . . . . . . . . . . . . . 26
7.30 "School Day". . . . . . . . . . . . . . . . . . . . . 26
7.31 "Secondary Teacher" . . . . . . . . . . . . . . . . . 26
7.32 "SEI Classrooms" . . . . . . . . . . . . . . . . . . 26
7.33 "Seniority" . . . . . . . . . . . . . . . . . . . . 26
7.34 "Site" . . . . . . . . . . . . . . . . . . . . . . . 27
7.35 "Special Education Teacher" . . . . . . . . . . . . 27
**7.36 "Substitute" . . . . . . . . . . . . . . . . . . 27**
7.37 "Superintendent". . . . . . . . . . . . . . . . . . . 27
7.38 "Temporary Certificated Employee" . . . . . . . . . 27
7.39 "Transfer" . . . . . . . . . . . . . . . . . . . . . 27
7.40 "Unit Member" . . . . . . . . . . . . . . . . . . . . 28
7.41 "Vacancy" . . . . . . . . . . . . . . . . . . . . . . 28

**PAGE 4**

Positions specifically excluded from the bargaining unit include the following:
(a) Certificated management positions

(b) Confidential positions

(c) Supervisory positions

**(d) Substitute teachers as defined herein**

(e) Administrative Interns

(f) Psychologists

(g) Social Workers

(h) Speech Therapists

(i) Nurses

(j) Program Specialists

(k) Audiologist

**PAGE 27 7.36**

employee's seniority is based on his/her placement on the District's certificated seniority list.

7.34 "Site":
The school or department that is a unit member's primary location.

7.35 "Special Education Teacher":
A unit member who currently holds an appropriate special education credential and is assigned to a special education caseload. This would include any unit member assigned to the Pre-Kindergarten through 12th Grade or 18-22 year old programs in the District.

**7.36 "Substitute":**
A person serving an assignment for an uninterrupted period of less than one (1) semester in duration for a unit member who is on leave or a person in an on-call status to replace an absent unit member on a day-to-day basis for any length of time within a school year.

7.37 "Superintendent":
The Superintendent of Schools of the Val Verde Unified School District.

7.38 "Temporary Certificated Employee":
Any certificated employee serving in an assignment for an

42



Keenan SafeSchools Online Training
V
. Press the Enter key to open the contact card."Val Verde Unified School District
<administrator+7459FCF0-FB75-11E5-AA76-E7882710109D@safeschools.com>
Reply all |
Wed 4/13/2016, 9:06 AM
**Fuller, Alesia N.**
**Hi Alesia Fuller,**

Val Verde Unified School District is using SafeSchools™.com to offer training courses online for your convenience. Follow these easy steps to complete your Val Verde Unified School District safety training requirements:

**Using your web browser, Go to the SafeSchools™ website for Val Verde Unified School District:** http://valverde.keenan.safeschools.com/

**Enter your Username:** 136624

Once you log into the site, click on a course title to begin the training. Each course has audio, so be sure to turn up your speakers if you'd like to listen. You must complete each section of the course in order to receive full credit.

**Your Val Verde Unified School District SafeSchools™ contact:**
Kathy Espinoza

Below is your complete SafeSchools™ training plan along with your coursework status:

Mandatory Training

| Course | Days Till Due | Due Date | Time Required | Course Status |
|---|---|---|---|---|
| Classroom Safety (Full Course) | 22 | Thu May 5th, 2016 | 16 minutes | Not Started |
| Injury and Illness Prevention Program (IIPP) (Policy) | -- | Wed Sep 23rd, 2015 | 10 minutes | Completed Offline |
| IT Acceptable Use Policy (AUP) (Policy) | -- | Wed Sep 23rd, 2015 | 5 minutes | Completed Offline |
| Hazard Communication: Right to Understand (GHS) (Full Course) | -- | Wed Sep 23rd, 2015 | 26 minutes | Completed Offline |
| Bloodborne Pathogen Exposure Prevention (Full Course (California)) | -- | Wed Sep 23rd, 2015 | 24 minutes | Completed Offline |
| Mandated Reporter: Child Abuse and Neglect (Full Course (California)) | -- | Wed Sep 23rd, 2015 | 32 minutes | |

Exhibit 5
Page 61

Provide copy

43

Re: Substitute Teacher Application3

Sent

- Alesia Fuller MPA

  ...Kiyomi M." <krichard@valverde.edu> wrote: Good...

  Mar 1, 2016 at 3:40 PM

- Alesia Fuller MPA

  ...Kiyomi M." <krichard@valverde.edu> wrote: Great....

  Mar 1, 2016 at 3:45 PM

- Alesia Fuller MPA <alesiampa@yahoo.com>

  To:Richard, Kiyomi M.

  Mar 1, 2016 at 3:53 PM

  I prefer Thursday I will see you then

  Alesia

  Hide original message

  On Tuesday, March 1, 2016 3:47 PM, "Richard, Kiyomi M." <krichard@valverde.edu> wrote:

  Not for Thursday. The other date that I have available is March 15th at 9:10am.

  **From:** Alesia Fuller MPA [mailto:alesiampa@yahoo.com]
  **Sent:** Tuesday, March 01, 2016 3:45 PM
  **To:** Richard, Kiyomi M.
  **Subject:** Re: Substitute Teacher Application

  Do you have an earlier apt? Between 10 and 1pm if possible

  On Tuesday, March 1, 2016 3:42 PM, "Richard, Kiyomi M." <krichard@valverde.edu> wrote:

  Great. your interview time is 1:50pm. We are located at 975 W. Morgan St., Perris. **Please bring your driver's license and social security card.**

  Thanks Alesia!

  **From:** Alesia Fuller MPA [mailto:alesiampa@yahoo.com]
  **Sent:** Tuesday, March 01, 2016 3:41 PM
  **To:** Richard, Kiyomi M.
  **Subject:** Re: Substitute Teacher Application

  Yes, I will interested in interviewing on Thursday, March 3

  Thank you, Alesia Fuller

  On Tuesday, March 1, 2016 9:37 AM, "Richard, Kiyomi M." <krichard@valverde.edu> wrote:

  Good morning,
  We would like to invite you in for an interview for Substitute Teacher. Interviews are being held on Thursday, March 3rd. Please let me know if you are still interested.

  Thank you,

  **Kiyomi Richard**

  **Personnel Clerk**

  **Val Verde Unified School District**

Sent

- ⁄ lesia Fuller MPA <alesiampa@yahoo.com>

  To:Richard, Kiyomi M.

  Mar  3 ,  2016 at  11 : 16   AM

  Is 10-1pm available on the 15th?

  Hide original message

  _____

  **From:** Richard, Kiyomi M. <krichard@valverde.edu>;
  **To:**
  **Subject:** Substitute Teacher Interview CANCELED
  **Sent:** Thu, Mar 3, 2016 4:05:46 PM

  Good morning,

  Due to an unexpected emergency we will have to cancel Substitute Teacher Interviews for today. Please respond to this email confirming that you are aware of the cancellation. We will have another set of Substitute Teacher Interviews on March 15th beginning at 9am. Please let me know if you would like to be added to the schedule and I will assign you an interview time.

  We deeply apologize for any inconvenience this cancellation may cause. We look forward to interviewing you in the near future.

  Thank you for your understanding,

  **Kiyomi Richard**

  **Personnel Clerk**

  **Val Verde Unified School District**

  **951-940-6100 ext. 10305**

**THERE IS NO DENIAL LETTER AS THERE ARE FOR THE 2 BELOW**

From:

no-reply@edjoin.org

Date Sent:

Saturday, November 14th 2015

Message:

Dear Alesia Fuller,

Thank you for using the EDJOIN.ORG system in your job search. Your online application for the position of Substitute Teacher (CE1516041) has been successfully submitted to the Val Verde Unified. Please make sure all required documents have been submitted in the manner listed in the posting. If you have any questions about your application, or about the position for which you've applied, please contact:

Nancy Marin

951-940-6100

nmarin@valverde.edu

**My Emails**

| Email | Date Submitted | Viewed |
|---|---|---|
| Dear Alesia Fuller, We would like to take this opport... | Wednesday, March 9th 2016 | Read |
| Dear Alesia Fuller, Thank you for using the EDJOIN.... | Monday, February 22nd 2016 | Read |

From:

krichard@valverde.edu

Date Sent:

Wednesday, March 9th 2016

Message:

Dear Alesia Fuller,

We would like to take this opportunity to express our appreciation for your interest in the Elementary Teacher - Temporary Contract position with the Val Verde Unified School District. We regret to inform you that your application was not screened into the interview process. Please visit EdJoin for future certificated employment opportunities in our District. Thank you for your interest in the Val Verde Unified School District.

Sincerely,

Kiyomi Richard

Val Verde Unified School District

Human Resources Department

From:

no-reply@edjoin.org

Date Sent:

Monday, February 22nd 2016

Message:

Dear Alesia Fuller,

Thank you for using the EDJOIN.ORG system in your job search. Your online application for the position of Elementary Teacher - Temporary Contract through 5/27/2016 has been successfully submitted to the Val Verde Unified. Please make sure all required documents have been submitted in the manner listed in the posting. If you have any questions about your application, or about the

position for which you've applied, please contact:

Judy Lynch
(951) 940-6100
jlynch@valverde.edu

Case 5:17-cv-02074-JFW-SP Document 1 Filed 10/10/17 Page 54 of 84 Page ID #:147



Alesia Fuller

Fuller, Alesia N.
Wed 5/4/2016, 11:06 AM
Richard, Kiyomi M.

Hello

Just following up my substitute teacher position. When in orientation staff said I could only sub for my student teacher Ms Whitmer. However shes had 3 subs. I called yesterday and spoke with Nancy and she said my live scan was not completed. County cleared my livescan on February 1st.

Nancy was going to give me a call by yesterday but she did not. COuld you look into this matter for me.

Thank you, Alesia Fuller 136624

Alesia Fuller



Case 5:17-cv-02074-JFW-SP Document 1 Filed 10/10/17 Page 55 of 84 Page ID #:148

Search Mail and People

⊕ New | ∨    🗑 Delete all    ✉ Mark all as read

∧ Folders

Inbox

Sent Items

Deleted Items

More

∧ Groups

To must give teams a shared space for email, documents, and scheduling events.

+ Discover

+ Create

## Sent Items

Next: No events for the next two days.    📅 Agenda

Filter ∨

**Richard, Kiyomi M.**
Alesia Fuller                                      5/4/2016
Hello Just following up my substitute teacher position. W...

**cperales@valverde.ed**
substituting                                       4/27/2016
I didn't was out yesterday and when I resumed the teach...

Choose a message to read it.



Case 5:17-cv-02074-JFW-SP Document 1 Filed 10/10/17 Page 56 of 84 Page ID #149

# Substitute Teacher (CE1516041)



Employer:

Val Verde Unified

Date Posted:

8/21/2015  Contact:

Nancy Marin 951-940-6100

Number Openings: (At time of posting)  Not Specified

Length of Work Year: On call / As needed for daily assignment

Employment Type: Part Time

Application Deadline 12/20/2015 11:55 PM Pacific

Salary: $120 per day - On call/as needed for daily assignments - $135 per day for long - term assignments

| **Date Posted:** | **Application Deadline:** |
|---|---|
| 8/21/2015 | 12/20/2015 11:55 PM Pacific |
| **Employment Type:** | **Length of Work Year:** |
| Part Time | On call / As needed for daily assignment |
| **Salary:** | **Number Openings: (At time of posting)** |

51

$120 per day - On call/as needed for        Not Specified
daily assignments - $135 per day for
long - term assignments

**Contact:** Nancy Marin **Email:** nmarin@valverde.edu **Phone:** 951-940-6100

Job Description / Essential Elements:

Click Here to View

# Requirements for Applying

PLEASE REVIEW JOB DESCRIPTION FOR REQUIRED DOCUMENTS AND MATERIALS.

PLEASE REVIEW JOB DESCRIPTION FOR REQUIRED DOCUMENTS AND MATERIALS
(PLEASE CLICK ON BUTTON TITLED "CLICK HERE TO VIEW" FOR JOB DESCRIPTION)
NOTE: Application packet must be complete at time of submission (PAPER APPLICATIONS ARE
NOT ACCEPTED)

# Requirements for Applying

PLEASE REVIEW JOB DESCRIPTION FOR REQUIRED DOCUMENTS AND MATERIALS.

PLEASE REVIEW JOB DESCRIPTION FOR REQUIRED DOCUMENTS AND MATERIALS
(PLEASE CLICK ON BUTTON TITLED "CLICK HERE TO VIEW" FOR JOB DESCRIPTION)
NOTE: Application packet must be complete at time of submission (PAPER APPLICATIONS ARE
NOT ACCEPTED)

APPLY (CURRENT EMPLOYEES ONLY) APPLY

*This job posting has expired*

Back To Search Results Page

Print

**Val Verde Unified**

**Application Deadline: 12/20/2015 11:55 PM Pacific**

NOTE: Application packet must be complete at time of submission (PAPER APPLICATIONS ARE
NOT ACCEPTED)
CSUSB

52



**Substitute Teacher (CE1516041)**

# Application

## PERSONAL INFORMATION

First Name:Alesia Last Name:Fuller Middle Initial:N
Other Name:Alesia Rattler
Mailing Address:3074 Kalei Court Address Line 2:Na
City:Perris State:CA  Zipcode:92571 Country:USA
Home Phone:951-367-9173 Work Phone:Na Mobile Phone:  Na Fax:  Email:Alesiampa@yahoo.com

## Additional Questions

Do you currently have any relatives working for the Val Verde Unified School District?


Yes

✔
No

If you have answered "YES" please list name and position(s) held in the District NA
**Have you ever been employed by the Val Verde Unified School District?**


Yes

✔
No

If you have answered "YES" please list the dates of your employement:NA
**Has your credential ever been suspended or revoked**


Yes

✔
No

## CREDENTIAL INFORMATION*

1.      Type:30-Day Substitute Teaching Permit (SUBP)

Authorization:

Expiration Date:10/01/2016 State/Country California

2.      Type:Certificate of Clearance (COC )

Authorization:

Expiration Date:10/01/2016 State/Country California

3.      Type:Child Development Program Director Permit

Authorization:

Expiration Date:05/11/2016 State/Country California

53

4.        Type:Child Development Site Supervisor Permit (P12E)

Authorization:

Expiration Date:07/01/2015State/Countrycalifornia

If you do not currently hold a valid teaching credential, through which college or university have
you applied?*
California State University, San BernardinoDate Applied:1/1/2014

I possess a Certificate of Compliance for the No Child Left Behind Act (NCLB) in the following
Subject Area(s):

Arts    English    Reading/Language Arts    Foreign Language    Mathematics    Biological
Sciences    Chemistry    Geosciences    Physics    Civics and Government    Economics
Geography ✔History    Multiple Subjects

Tests You Have Passed*: ✔CBEST    MSAT    RICA    PRAXIS/SSAT ✔CSET    TFE

Programs You Are In*:    Pre-Intern    Intern    BTSA

Additional Certificates Held*:    BCC    BCLAD    CLAD    LDS    ELD/SDAIE
Other*:Special Education Credential program 06/2014

Extracurricular activities that you are qualified to direct or coach:

*        Previous Headstart Student

*        Previous Headstart Parent

*        Headstart policy parent counsel

*        NA

## RECORD OF EDUCATIONAL AND PROFESSIONAL PREPARATION

Name of High School: Alain Leroy Locke  Highest Grade Completed: 12th ✔Graduated   GED
**List Highest Attainment First**

1.        Name of College/University/SchoolCALIFORNIA STATE UNIVERSITY, SAN BERNARDINO

Major/Field of Study:Public Administration

Semester Units: 0 Quarter Units: 52 Cumulative GPA3.0

Degree Awarded: M.A./M.S./M.ED.

2.        Name of College/University/SchoolCALIFORNIA STATE UNIVERSITY, SAN BERNARDINO

Major/Field of Study:Psychology

Semester Units: 117 Quarter Units: 0 Cumulative GPA3.0

Degree Awarded: B.A./B.S.

3.    Name of College/University/SchoolNa

Major/Field of Study:N i

Semester Units: 0  Quarter Units: 0  Cumulative GPA

Degree Awarded:

## RECORD OF WORK EXPERIENCE
## Most Current Employer First

1.    Employer: Jaquens Academy

Employed From:9/1/2014To:

✔ Current Employer   Please don't contact

Address: 3074 Kalei Court, Perris, CA 92571

Name of Immediate Supervisor: Self employed Phone: (951) 367-9173

Supervisor Job Title: Self employed Your Job Title: Home School Teacher

District/County Office*: Riverside

Subject/Grades Taught*: preschool, k-12

Hours/Week**: Job Duties**:

Salary: 2000 month Reason For Leaving: current

2.    Employer: Mt. San Jacinto College

Employed From:8/21/2007To:12/16/2011

Current Employer Please don't contact

Address: 28237 La Piedra Road Menifee, Ca 92584

Name of Immediate Supervisor: Guy Kimbrough Phone: (951) 639-5685

Supervisor Job Title: Department Chair Your Job Title: Adjunct Political Science

Instructor

District/County Office*: San Jacinto

Subject/Grades Taught*: Higher Education

Hours/Week**: Job Duties**:

Salary: $46.73 hour Reason For Leaving: Laid off

3.    Employer: Riverside Community College

Employed From:8/1/2011To:12/16/2011

Current Employer Please don't contact

Address: 4800 Magnolia Avenue, Riverside, CA 92501

Name of Immediate Supervisor: Nikki Thurston Phone: 951 385-6937

Supervisor Job Title: College Counselor Your Job Title: Adjunct Human Services Instructor

District/County Office*: Riverside County

Subject/Grades Taught*: High Education

Hours/Week**: Job Duties**:

Salary: 500 Reason For Leaving: Mentor program temporary

Are you currently under contract with any other district/county office?* Yes ✔No

If so, with whom?*NAContract Expiration*

*: used only for certificated applications
**: used only for classified applications

## PROFESSIONAL REFERENCES

1.      Name: Martinrex Kedziora, Ed.D

Mailing Address: 25634 Alessandro BoulevardCity: Moreno ValleyState/ZipCA 92553

Organization/Company: Moreno Valley Unified School DistrictPhone: 951 571-7500 x17587

Title: Chief Adademic OffierEmail: mkedziora@mvusd.net

2.      Name: Nikki Thursaton

Mailing Address: 4800 Magnolia AveCity: RiversideState/ZipCA 92401

Organization/Company: Riverside community CollegePhone: 951 385-3679

Title: College CounselorEmail: Nikki.Thurston@rcc.edu

3.      Name: Dana Shredd

Mailing Address: 114 South Del Rosa DriveCity: San BernardinoState/ZipCA 92408

Organization/Company: San Bernardino Valley CollegePhone: (909) 382-4000

Title: Adjunct, Reading InstructorEmail: Danashedd81@gmail.com

## ATTACHMENTS

1.      Attachment:CBEST_1114201535848AM.pdfType:Test Results/Materials

Size:88KBDate Created11/14/2015 3:58:49 AM

2.      Attachment:CertificateofClearance_1114201535848AM.pdfType:Fingerprint Clearance

Size:182KBDate Created11/14/2015 3:58:49 AM

3.      Attachment:CSET_1114201535848AM.pdfType:Test Results/Materials

Size:84KBDate Created11/14/2015 3:58:49 AM

4.      Attachment:Intern_Eligible_letter2_1114201535848AM.pdfType:NCLB Compliance

Size:301KBDate Created11/14/2015 3:58:49 AM

5.      Attachment:Introduction_letter_Nov_2015_11242015110846AM.pdfType:Letter of
Introduction

Size:24KBDate Created11/24/2015 11:08:46 AM

6.      Attachment:Recommendation_Letter_1_1114201535848AM.pdfType:Letter(s) of Reference

Size:319KBDate Created11/14/2015 3:58:49 AM

56

7.    Attachment:Recommendation_Letter_2_1114201535848AM.pdfType:Letter(s) of Reference

Size:186KBDate Created11/14/2015 3:58:49 AM

8.    Attachment:Recommendation_Letter_3_1114201535848AM.pdfType:Letter(s) of Reference

Size:333KBDate Created11/14/2015 3:58:49 AM

9.    Attachment:resune_1114201535848AM.pdfType:Resume

Size:89KBDate Created11/14/2015 3:58:49 AM

10.    Attachment:Transcript_1114201535848AM.pdfType:Copy of Transcript

Size:311KBDate Created11/14/2015 3:58:49 AM

## SIGNATURE AND LEGAL INFORMATION

### Legal Information

The following information is REQUIRED for your application to be considered. Your answers will not necessarily disqualify you from consideration, except for affirmative responses to certain enumerated sex and/or drug convictions and/or convictions for committing serious and/or violent felonies.

EXPLAIN ALL "YES" ANSWERS.

1.    Have you ever been convicted of a felony or misdemeanor, or do you currently have a felony or misdemeanor charge pending? Convictions include a plea of guilty, nolo contendere (no contest) and/or a finding of guilty by a judge or a jury. (Note: *Exclude convictions for marijuana-related offenses for more than two years old.*)

Yes  No

If "Yes," list all convictions including, but not limited to convictions for "driving under the influence," and convictions for sex and/or drug offenses listed in California Education Code Sections 44010 and 44011, except for convictions related to marijuana if it is more than two years after the date of the conviction. Include any serious or violent felony conviction in any state or jurisdiction as enumerated in California Penal Code sections 667.6(c) and 1192.7(c).

DISMISSED 1988 vehicular manslaughter

California Labor Code section 432.8 prohibition on asking about marijuana convictions does not apply to Health and Safety Code section 11359 (possession of marijuana for sale) and Health and Safety Code section 11378 (possession of a specific controlled substance). These convictions must be disclosed.

2.    Have you ever been dismissed or asked to resign from any position?

Yes  No

If you answered "Yes", please explain below.

3.    This school district/County Office does not discriminate on the basis of race, color, national origin, age, religion, political affiliation, gender, mental or physical disability, sex orientation, genetics, or any other basis protected by federal, state or local law, ordinance or regulation, in its educational program(s) or employment. No person shall be denied

57

employment solely because of any impairment which is unrelated to the ability to engage in activities involved in the position(s) or program for which application been made.

If you need a reasonable accommodation to participate in the hiring process, the district/county office will provide you with one upon notice.

4.    My submission of this on-line application authorizes the school to conduct a background investigation and authorizes release of information in connection with my application for employment. This investigation may include such information as criminal or civil convictions, driving records, previous employers and educational institutions, personal references, professional references, and other appropriate sources. I waive my right of access to any such information, and without limitation hereby release the school district/County Office and reference source from any liability in connection with its release or use. I waive my right of access to any such information, and without limitation hereby release the school district/County Office and reference source (except in relation to prior contractual agreements, public policy, legal/labor/education code, former employers and their agents or employees, as provided by law) from any liability in connection with its release or use. This release includes the sources cited above and specific examples as follows: the local law enforcement agencies, information from the Central Criminal Records Exchange or either data on all criminal convictions or certification that no data on criminal convictions are maintained, information from the California or other State Department of Social Services Child Protective Services Unit and any locality to which they may refer for release of information to any findings of child abuse or neglect investigations involving me.

Furthermore, I certify that I have made true, correct and complete answers and statements on this application in the knowledge that they may be relied upon in considering my application, and I understand that any omission or falsely answered statement made by me on this application, or any supplement to it will be sufficient grounds for failure to employ or for my discharge should I become employed with the school district/County Office.

I waive my right of access to any such information, and without limitation hereby release the district/county office and reference source (except in relation to prior contractual agreements, public policy, legal/labor/education code, former employers and their agents or employees, as provided by law) from any liability in connection with its release or use.

**Signature:** Alesia Fuller

*RUSD*

- Hi Alesia,

Per your request, attached is the Mandated Reporter Training certificate.

Have a good weekend :-)

Jewel Bundy

951-788-7135 ext. 80124

-----Original Message-----

From: Alesia Fuller MPA [mailto:alesiampa@yahoo.com]

Sent: Saturday, February 18, 2017 9:33 PM

To: Bundy, Jewel J. <jbundy@rusd.k12.ca.us>

Subject: Re: Alesia Fuller

Thank you. I will be there 8am

On Sat, 2/18/17, Bundy, Jewel J. <jbundy@rusd.k12.ca.us> wrote:

Subject: Re: Alesia Fuller

To: "Alesia Fuller MPA" <alesiampa@yahoo.com>

Date: Saturday, February 18, 2017, 7:30 PM

Hi Alesia

Yes, please bring the signed employment documents and driver license, social security card.

If you have a 30 day permit or credential or certificate of clearance please bring a $45 money order payable to RUSD .

Thank

you

Jewel

Sent from my iPhone

On Feb 17, 2017, at 6:36 PM, Alesia Fuller MPA <alesiampa@yahoo.com>

wrote: >

> Hello Jewell

>> Can I come in February 22, 8am to turn in documents and get fingerprinted > > Thank you

o

Alesia Fuller-sub teacher -Training.pdf

RUSD

- **Alesia Fuller MPA** <alesiampa@yahoo.com>

To:jbundy@rusd.k12.ca.us

Oct 06 at 9:27 AM

Thank you

Sent from Yahoo Mail on Android

Hide original message

On Fri, Oct 6, 2017 at 8:42 AM, Alesia Fuller MPA

<alesiampa@yahoo.com> wrote:

Just to tell me when my prints cleared

Sent from Yahoo Mail on Android

On Fri, Oct 6, 2017 at 8:09 AM, Bundy, Jewel J.

<jbundy@rusd.k12.ca.us> wrote:

## Hi Alesia,

## No, because we can't share fingerprint information. ☹☹    (This is a Department of Justice policy.)

## Jewel

**From:** Alesia Fuller MPA [mailto:alesiampa@yahoo.com]
**Sent:** Friday, October 06, 2017 7:49 AM
**To:** Bundy, Jewel J. <jbundy@rusd.k12.ca.us>
**Subject:** Alesia Fuller

Good morning

Is it possible to get a copy of when my fingerprints cleared yoyr system?

Thank you,
Alesia Fuller, MPA



## CERTIFICATE OF COMPLETION

This document certifies that

### *Alesia Fuller*

from

Riverside Unified School District

has completed the online training course

***California AB1432 Mandated Reporter Training (ASCIP) 35mins***
Provided by in2vate, llc.

On this 17th day of February 2017



NuView USD

- glopez@nuview.k12.ca.us

To:alesiampa@yahoo.com

**Mar 18, 2016 at 10:40 AM**

Dear Alesia Fuller

*only happens once cleared through DOS*

Your application and paperwork for substitute employment has been completed, and your name and phone number has been added to the automated substitute calling system, AESOP.

Your information is as follows:

Login ID: 9513679173

PIN Number:2506

You may begin searching for jobs by calling 1-800-942-3767 or log in to www.frontlinek12.com/aesop and clicking on Search for Jobs. You may begin to receive calls from the automated system. In order to accept a job you will need to have your Login ID and PIN # ready. Please keep this letter in a safe place for future reference.

Just a reminder, you are an on-call substitute and will be called if there is a need to fill positions on a day-to-day basis. Please stop by the district office once you have received your first assignment to take a picture for your identification badge.

If you have any questions, please feel free to call me anytime at (951) 928-0066.

Welcome to the district.

Sincerely,

Lupe Lopez, Aesop Specialist

Re: 30-day substitute permit4

62

MVUSD

- Jones, Rochelle <rajones@mvusd.net>

To:Alesia Fuller MPA

Jan 13 at 6:12 AM

Thank you, Alesia. I updated it. Bring in or email us the permit when you get it. Have a wonderful day!

Show original message

- Alesia Fuller MPA <alesiampa@yahoo.com>

To:RochelleJones

Jan 13 at 12:01 PM

Ok and thank you

-----------------------------------------

On Fri, 1/13/17, Jones, Rochelle <rajones@mvusd.net> wrote:

Subject: RE: 30-day substitute permit

To: "Alesia Fuller MPA" <alesiampa@yahoo.com>

Date: Friday, January 13, 2017, 6:12 AM


Thank you, Alesia. I

updated it. Bring in or email us the permit when you get

it. Have a wonderful day!


-----Original Message-----

From: Alesia Fuller MPA [mailto:alesiampa@yahoo.com]

Sent: Thursday, January 12, 2017 5:56 PM

To: Jones, Rochelle <rajones@mvusd.net>

Subject: Re: 30-day substitute permit

*only happen
upon clearance
to start work with
district*

has been accepted and your application has been

electronically submitted to the Commission. You will receive

two emails shortly:

a payment receipt and an

application confirmation.

**THE WAY THE CONVICTIONS HAVE BEEN LISTED ON THE EDJOIN
SYSTEM ARE AS FOLLOWS:**

If "Yes," list all convictions including, but not limited to convictions for "driving under the influence," and convictions for sex and/or drug offenses
listed in California

Education Code Sections 44010 and 44011, except for convictions related to marijuana if it is more than two years after the date of the
conviction. Include any serious or    violent felony conviction in any state or jurisdiction as enumerated in California Penal Code sections 667.6(c)
and 1192.7(c):

# Application

This is 2017 *Same as previous years*
CR45457. HS M 11357. Possession of marijuana.        11/19/1992
DISMISSED.
CR45417. HS M 11350. Possession of controlled substance 11/19/1992
DISMISSED.
PC 148.5 (A). False report
I was in an abusive relationship for over 20 years with a spouse involved in
criminal activity. I divorced him and changed me and my children last
names. The DOJ report will show the accurate dates of the above offenses. I
have ordered a copy for myself

**Substitute Teachers - 2016/2017**

1. ***RIVERSIDE UNIFIED SCHOOL DISTRICT***                **HIRED**
   DISMISSED 11/19/1992 CR 45457 HS M11357(C) MARIJUANA
   11/19/1992 CR 45417 HS M11350 MARIJUANA I was in an abusive
   relationship over 24 years ago with my ex husband that was involved in
   criminal activity. I change me and my childrens last name

2. ***NUVIEW UNIFIED SCHOOL DISTRICT***                **HIRED**
   DISMISSED. CR45457. HS M 11357. Possession of marijuana. 11/19/1992
   DISMISSED. CR45417. HS M 11350. Possession of controlled substance
   11/19/1992 PC 148.5 (A). False report I was in an abusive relationship for
   over 20 years with a spouse involved in criminal activity. I divorced him and
   changed me and my children last names The DOJ report will show the
   accurate dates of the above offenses. I have ordered a copy for myself

3. ***SAN BERNARDINO CITY UNIFIED SCHOOLS***            **HIRED**
   DISMISSED 1991 HS11359

4. ***MORENO VALLEY UNIFIED SCHOOL DISTRICT***          **HIRED**
   DISMISSED 1988 vehicular manslaughter
5. ***VAL VERDE UNIFIED SCHOOL DISTRICT***        **HIRED later FIRED**
   DISMISSED 1988 vehicular manslaughter

65

- Edjoin Helpdesk <edjoinhelpdesk@sjcoe.net>

*Stating districts Control application info . . .*

To:alesiampa@yahoo.com

Jul  10 at  7 : 53   AM

This message contains blocked images.

Show images

or

Always show images

Hello,

Only time your past applications delete, is because the school district deletes them. They manage their own job postings and control how long they want to keep applications on file.

Richard Mitchell
User Support Specialist | EDJOIN
www.edjoin.org / 888-900-8945
www.edjoinadmin.org / 866-378-5999
Facebook | Twitter | YouTube |

---- On Sat, 8 Jul 2017 09:31:11 -0700 **alesiampa@yahoo.com**  wrote ----

**System Username:**
**First Name:** Alesia
**Last Name:** Fuller
**Email Address:** Alesiampa@yahoo.com
**Email Address on File:** Alesiampa@yahoo.com
**Phone Number Associated with EDJOIN Account:** (951) 367 - 9173
**Username or City of residence on File:** AlesiaFuller

**Subject:** Other

**Message:** (951) 376-6110
Some of my application information is deleted at times. Trying to understand does this happen often or is this unique to me?????

=============================================================
**Platform:** Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/46.0.2486.0 Safari/537.36 Edge/13.10586
**Browser:** WinNT **Version:** 59.0
=============================================================

# EXHIBIT 6

# DISMISSED Convictions per 1203.4

1.  Riverside County, dismissed over 20 years (**Always** list on
    employment applications)
    CR45457        1992
    - HS 11359
    CR45617        1991
    - HS 11350
    - PC 148.5

2.  San Bernardino County-Acquitted after Trial (**NEVER** listed on
    any employment Application)

3.  Changes made
    Exhibit Page22, Per HR Director Mr Cabral if there were any changes you
    will continue as a substitute teacher.
    There were changes from a F (felony) to a M (misdemeanor) per
    transcripts  Exhibit 2, page 24

Exhibit 6, page 73 changes

67

# California Expungement Law Penal Code Section 1203.4

You Are Here: Home → Legal Statutes → **California Penal Code Section 1203.4**

**Verified 3/3/2014**

**CPC 1203.4 Felony & Misdemeanor Expungement Law Summary**

If you are looking for information on expunging an infraction read CPC 1203.4a.

California expungement law, Penal Code section 1203.4, permits someone convicted of a crime to petition the court to re-open the case, set aside the plea, and dismiss the case. In order for one to qualify for expungement he or she must have completed probation, paid all fines and restitution, not served a sentence in state prison for the offense, and not currently being charged with a crime. If the requirements are met for eligibility, a court may grant the petition if it finds that it would be in the interest of justice to do so. A successful expungement will not erase the criminal record. However, the finding of guilt will be changed to a dismissal. The petitioner can then honestly and legally answer to a question about his criminal history, with some exception, that he has not been convicted of that crime.

68

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4100 MAIN STREET
RIVERSIDE, CA  92501

People of the State of California
Vs.
ALESIA NEAL

CASE NO.  CR45457

MINUTE ORDER

===========================================================================
Ex Parte Hearing Re: MOTION PURSUANT TO 1203.4 PC
Date:.12/20/99     Time:   8:30 am     Dept/Div: 32
===========================================================================
Charges:  1) 11359 HS-F D


VIOLATION DATE:  10/09/92
-----------------------------------------------------------------------------

Honorable Judge W. Charles Morgan, Presiding
Clerk: P. CORL.
Defendant is not present.
For The Charge(s) 2.
1203.4/1203.4(a)PC motion granted. Plea of guilty/conviction set
aside. Plea of not guilty entered. Case ordered dismissed.
Defendant released.
DEFT NOTIFIED.
MINUTE ORDER OF COURT PROCEEDING
MINUTE ORDER OF COURT PROCEEDING

                                        Dispo

```
OTSCASPRT        Superior Court of California, County of Riverside
  1/03/00                         CASE PRINT                           Page:      1
```

------------------------------------------------------------------------

```
ASE NUMBER:      CR45457                   DEFENDANT STATUS: Closed
RREST NBR :                                ARREST DATE ....: N/A
RREST AGY : RIV SHERIFF (COUNTY)  RIV
efendant .: NEAL, ALESIA                            Defn :  2 of   2
KA ......: RATTLER, ALESIA FAWN
```
==========================================================================
```
          Date Filed : 10/14/92
```

```
District Attorney : M. SILVERMAN          Continuances:          5
Defense  Attorney : MCP-R. RENNER         Age in Days :         63
Custody Status ...: N/A       - Bail:    5,000.00  Last Trial .: 01/18/93
```

harge Information

| :t | Type | Charge | Description | Plea | Status | Sev |
|----|------|--------|-------------|------|--------|-----|
| 01 | FILED | 11359 HS | Possession of Marijuana/Sale | NG | Dismiss | F |
| 02 | FILED | 11357(C) HS | Marijuana more than 1 oz. | G | Dismiss | M |
| 02 | ORIGIN | 11357(C) HS | Marijuana more than 1 oz. | None | | M |

ase Action Information

```
ction   Div  Description                                    Status

.2/20/99 32  Ex Parte Hrg Re MOTION PURSUANT TO 1203.4 PC     Dispo
             Honorable W. CHARLES MORGAN Presiding.
             Clerk: P. CORL
             Defendant is Not Present.
             For The Charge(s) 2.
             1203.4(a)PC motion granted. Plea of
             Guilty/Conviction set aside. Plea of Not Guilty
             entered. Case ordered dismissed pursuant to
             1203.4(a) PC.
             Defendant Released.
             DEFT NOTIFIED.
              **MINUTE ORDER OF COURT PROCEEDING**
              **MINUTE ORDER OF COURT PROCEEDING**
```

```
                  **** END OF CASE PRINT ****
```

This must be in red
"CERTIFIED CO

Each document to which this certificate
is attached is certified to be a full,
true and correct copy of the original
on file and of record in my office

ARTHUR A. SIMS, CLERK
Superior Court of California
County of Riverside

Dated: 1-3-00

Certification must be in red to be
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4100 Main St.
Riverside, CA  92501

People of the State of California
Vs.                                    CASE NO. CR45617
ALESIA FAWN NEAL

MINUTE ORDER

========================================================================
Report and Sentencing
Date: 01/07/93     Time:   8:00 am    Dept/Div: 41
========================================================================
Charges:  1) 11350 HS-F D, 2) 148.5 PC-M D

----------------------------------------------------------------------

Honorable JANICE MCINTYRE Presiding.
People Represented By Deputy District Attorney M. SILVERMAN.
Defendant Represented By MCP-R. RENNER.
Clerk: M. SCHMITZER
Court Reporter: C. LEWIS
Defendant Present.
Court Has Read and considered the probation officer's report.
Defendant Waives Arraignment For pronouncement of judgment.
Defendant Requests Immediate Sentence.
Probation Is Denied and sentence is imposed as follows: (SENT)
For The Charge(s) 2.
Sentenced to Riverside County Jail for the term of 180 days.
DEFT TO SERVE 45 DAYS STRAIGHT.
REMAINING BALANCE TO BE SERVED ON WEEKENDS
Credit for Time Served of 3 actual days plus 0 days pursuant to
4019 PC for a total of 3 days.
Court/Financial Services determines defendant does NOT have the
ability to pay for services of appointed counsel.(INACTIVE
2/7/00 USE CFNAF)
Count(s) 1 Dismissed In the interest of justice.
Remanded To Custody of Riverside Sheriff.
FURTHER ORDER: Pay costs prob.report pursuant to PC 1203.1B in
an amt. & manner to be determined by the P.O., not to exceed
$318.00;



This must be used to be a
"CERTIFIED COPY"

Each document to which this certificate is attached
is certified to be a full, true and correct copy of the
original on file and of record in my office

Superior Court of California
County of Riverside

By_____  DEPUTY

Dated:_____

```
OTSCASPRT      Superior Court of California, County of Riverside
 4/22/08                     CASE PRINT                          Page:    1
                     www.riverside.courts.ca.gov         RC
```
-----------------------------------------------------------------------------
```
CASE NUMBER:     CR45617                DEFENDANT STATUS: Pend Adj
ARREST NBR :                            ARREST DATE ....: N/A
ARREST AGY : District Attorney
Defendant .: NEAL, ALESIA FAWN                  Defn :  1 of  1
AKA .......: NEAL, ALESIA
```
=============================================================================
```
          Date Filed : 08/20/92


District Attorney : M. SILVERMAN              Continuances:       9
Defense  Attorney : MCP-R. RENNER             Age in Days :      77
Custody Status ...: N/A        - Bail:    5,000.00  Last Trial .: 02/08/93
```

Charge Information
---------------------
```
Ct                                             Plea     Status Sev
001 FILED   11350 HS      Posses Controlled Substances  NG   Dismiss F
002 FILED   148.5 PC      FALSE REPORT OF CRIME-AMENDED  NG   Dismiss M
```

Fine/Fee Detail
----------------
```
Nbr  Type  Description        Orig Amount    Paid to Date    Current Due

TTP Status        Fine Amount      Amount Paid     Amount Due   Date To Pay
N/A                                                              00/00/00
```

Collection Status
N/A


Warrant Information
--------------------
```
                                          Bail        Affidavit
    Type          Date Issued   Status   Amount       Date
    Arrest        08/31/92      Recalled  $5,000.00   00/00/00
```

Case Action Information
-------------------------
```
Action  Div  Description                             Status
             ---------------------------
 9/14/07     Application and Order for Relief Pursuant to
             PenalCode 1203.4/1203.4a Filed.
             ---------------------------
        45   Hearing on Motion pursuant to 1203.4/1203.4(a)   Dispo
             Penal Code.
             Honorable Judge Carl E. Davis Presiding.
             Clerk: P.BRAWDY
             Defendant is Not Present.
             Motion By DEFENDANT Regarding 1203.4 PC is called
             for hearing.
             Motion Granted
             1203.4(a) / 1203.4 PC motion granted. Plea of
             guilty/conviction set aside. Plea of not guilty
```

72

*Alesia Fuller*

## Case CR45617 - RATTLER, ALESIA FAWN - Charges

**Arrest Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | HS 11350 | F | Posses Controlled Substances | 11/08/1991 | | |

**Filed Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | HS 11350 | F | Posses Controlled Substances | 11/08/1991 | NOT GUILTY | CERT ACTIVE |
| 2 | PC 148.5(A) | M | False Report Crime to Police | 11/08/1991 | NOT GUILTY | CERT ACTIVE |

**Certified Charges**

| Count | Charge | Severity | Description | Violation Date | Plea | Status |
|---|---|---|---|---|---|---|
| 1 | HS M11350 | M | Posses Controlled Substances | 11/08/1991 | NOT GUILTY | DISMISSED |
| 2 | PC 148.5(A) | M | False Report Crime to Police | 11/08/1991 | NOT GUILTY | DISMISSED |

*original*

*change 5/27/17 per judge*

*Exhibit 2 pages 22+24*

*73*

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ALESIA NESIE FULLER<br>3074 KALEI COURT<br>PERRIS CA 92571<br><br>TELEPHONE NO.: 951 367-9173    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): Alesiampa@yahoo.com<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernadino, CA 92415-0240
BRANCH NAME: San Bernardino Superior Court of California

PLAINTIFF/PETITIONER: County of San Bernardino

DEFENDANT/RESPONDENT: Alesia Nesie Fuller

| DECLARATION | CASE NUMBER:<br>MSB8000073 |
|---|---|

This case went to trial and I was acquitted (not found guilty). It was not dismissed due to any plea agreement per a minute order I received on 4/7/2017.

If there was a plea agreement it was in error. I was offereed a plea agreement and I declined and took the case to trial. Can I get a copy of this unknown plea agreement? So I can see what is my next step.
*Signed*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 17, 2017

Alesia Nesie Fuller
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☑ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

DECLARATION

Page 1 of 1

7k/



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
www.sb-court.org

# MINUTE ORDER

Case Number: MSB800073

Case Title: The People of the State of California vs. ALESIA FULLER

| Pretrial | Date: 07/07/2008 | Time: 8:00 AM - 11:46 AM | No Location |
|---|---|---|---|

Judicial Officer:       Ochoa, Gilbert
Judicial Assistant:
Court Reporter:
Bailiff:
Court Interpreter:

**Parties Present:**                                   **Future Hearings:**

**Charge(s):**

    1. PC470(D)-M: Forgery
    November 12, 2007 (Misdemeanor) 470(D) (PC470(D)-M)

GO

CLERK DOLORES AMADOR

BAILIFF K WOODFORD

APPEARANCES

DEPUTY DISTRICT ATTORNEY WILLIAM GALE PRESENT.

ATTORNEY DPD A BENNER PRESENT.

PURSUANT TO SECTION 977 PC, COUNSEL PRESENT WITHOUT DEFENDANT.

PROCEEDINGS

ACTION CAME FOR JURY TRIAL

Printed: 4/7/2017                    07/07/2008 Pretrial - MSB800073                    Page 1 of 2

75

PLEA BARGAIN AGREEMENT FILED.

ON MOTION OF PEOPLE, PURSUANT TO PLEA BARGAIN, CASE ORDERED DISMISSED; REASON 1385 PC.

CUSTODY STATUS

DEFENDANT RELEASED.

============= MINUTE ORDER END ================

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

| THE PEOPLE OF THE STATE OF CALIFORNIA, Plaintiff, | DISTRICT | PLEA BARGAIN AGREEMENT |
|---|---|---|
| vs. | ☐ BARSTOW ☐ BIG BEAR ☐ CHINO ☐ FONTANA ☐ JOSHUA TREE ☐ NEEDLES ☐ RANCHO ☑ SAN BERNARDINO ☐ VICTORVILLE | File No. _30_ Case No. _MSB800073_ Charges _PC 484(A)_ Date _7/7/08_ Judge _Ochoa_ |

Name _ALESIA FULLER_

A.K.A. _____

D.O.B. _5/3/63_

PLEA: The defendant pleads guilty/nolo contendere to _____
☐ LIO as to count _____    ☐ added as count _____

TERMS OF PLEA:    ☐ Probation    ☐ Terminal Disposition

☐ Pronouncement of judgment withheld and conditional and revocable release granted for a period of _____ months with the following terms and conditions: **Violate no law**

☐ **Fines/ Restitution:**
☐ Pay a base fine of $_____ plus PA, ☐ plus Payment Plan Fee of $35
☐ Pay $110 to Victim Restitution Fine and the Probation Revocation Restitution Fine of $100 is stayed.
☐ Pay $20 Court Security Fee
☐ Pay $50 plus PA (all drug cases per H&S 11372.5)
☐ Pay Domestic Violence Fund $_____    ☐ Battered Women's Shelter Fund $_____
☐ Pay Restitution to the Victim in the amount of $_____ including a 10% administrative fee

*DISMISSED*

Total $_____    ** Payment terms: $_____ or more per month beginning _____ or in full by _____ to the Court

**In addition Pay Appointed Counsel Fees In the amount of $500 unless after evaluation the County Financial Officer or Court reduces the amount based on an Inability to pay.   12/31/08

☐ In lieu of fine, serve _____ days in county jail or ☐ complete _____ hours of community service and show proof of completion by _____ to the Court

☐ **Attend and Complete;**
☐ Alcohol 1st Offender (AB541) ☐ Nine Month ☐ Alcohol Multi-Offender (SB38) ☐ Wet Reckless
☐ Parenting ☐ 52 Week Batterer's Treatment ☐ Anger Management ☐ Traffic School
☐ Other _____
Proof of enrollment to be filed with the Court by _____
Proof of completion to be filed with the Court by _____

FILED SUPERIOR COURT COUNTY OF SAN BERNARDINO SAN BERNARDINO DISTRICT JUL 0 7 2008

By _____ Deputy

☐ Not drive a motor vehicle unless properly licensed and insured according to California law.
☐ Not drive a motor vehicle with a measurable amount of alcohol in your system. Submit to a blood alcohol test upon request of arresting officer.

... the reverse side of this form. I realize that a willful violation of the terms of this agreement may be a misdemeanor and therefore subject to the issuance of a bench warrant for my arrest and further penalties.

Dated _7/7/08_

_Amy Bennett_
Attorney for Defendant/ Print Name

_____
Attorney for Defendant/ Signature

_____
Defendant

District Attorney

By: _____
Deputy District Attorney/Print Name

_____
Deputy District Attorney/Signature

IT IS SO ORDERED
_____
Judge